UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Planet Fitness International Franchise,<br><br>       Plaintiff,<br><br>  v.<br><br>JEG-United, LLC<br><br>       Defendant. | **Case No. 1:20-cv-00693-LM**<br><br>**JOINT STATEMENT REGARDING MEDIATION** |

      Plaintiff, Planet Fitness International Franchise, ("Planet Fitness"), and Defendant, JEG-United, LLC ("JEG-United"), pursuant to this Court's September 4, 2020 Order approving the parties' Discovery Plan [Dkt. No. 25], provide this Joint Statement to inform the Court as to the status of efforts to conduce a mediation of this matter. The parties have agreed to secure the services of either David Geronemus or Erik Van Loon to mediate this dispute. The parties have further agreed to attend mediation via Zoom with either available mediator during the week of May 24, 2021. The parties request that they be permitted to update the Court as to the outcome of mediation within a reasonable time after the completion of the mediation session.

Case No. 1:20-cv-00693-LM

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Planet Fitness International Franchise | JEG-United, LLC |
| By Its Attorneys, | By Its Attorneys, |
| James P. Harris, Esq (#15336)<br>**SHEEHAN PHINNEY BASS & GREEN, PA**<br>1000 Elm Street, 17th Floor<br>Manchester, NH 03110<br>(603) 668-0300<br>jharris@sheehan.com<br><br>-and-<br><br>Michael D. Joblove (FL #354147)<br>Brett Halsey (FL #0013141)<br>**GENOVESE, JOBLOVE & BATTISTA, PA**<br>100 S.E. Second Street, 44th Floor<br>Miami, FL 33131<br>(305) 349-2312<br>mjoblove@gjb-law.com<br>bhalsey@gjb-law.com<br><br>By:   */s/ Brett M. Halsey*<br>        Brett M. Halsey, Esq.<br><br>Dated: April 30, 2021 | James H. Steigerwald (pro hac vice)<br>Nicholas M. Centrella, Jr. (pro hac vice)<br>**Duane Morris LLP**<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 979-1000<br>jhsteigerwald@duanemorris.com<br>nmcentrella@duanemorris.com<br><br>Bryan D. Harrison (269106)<br>**Duane Morris LLP**<br>100 High Street, Suite 2400<br>Boston, MA 02110<br>(857) 488-4200 (phone)<br>(857) 488-4201 (fax)<br>bharrison@duanemorris.com<br><br>By:   /s/ *Bryan Harrison*<br>        Bryan D. Harrison<br><br>Dated: April 30, 2021 |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel of record by filing same using the Court's ECF system.

Dated: April 30, 2021          */s/ Brett M. Halsey*
                                             Brett M. Halsey, Esq. (FL #0013141)

12499-002/#1237