# EXHIBIT 1

Case No. 1:20-cv-00693-LM

# Exhibit 1

| Owners of JEG-United, LLC | Percentage and Nature of Ownership Interest |
|---|---|
| JEG-PF Mexico, LLC (FEIN: 83-1846093)<br>A Delaware limited liability company<br>2800 Southampton Road, Philadelphia, PA 19154 | 50% |
| United PF MEX, LLC (FEIN: 83-1751569)<br>A Delaware limited liability company<br>4635 Boston Lane, Suite 200, Austin, Texas 78735 | 50% |

| Owners of JEG-PF Mexico | Percentage and Nature of Ownership Interest |
|---|---|
| Tom Bock<br>c/o JEG-PF Mexico LLC<br>2800 Southampton Road, Philadelphia, PA 19154 | 33 1/3% |
| ██████████████ AZ ██ | 33 1/3% |
| ██████████████ PA ██ | 33 1/3% |

| Owner of United PF MEX, LLC | Percentage and Nature of Ownership Interest |
|---|---|
| United PF Holdings, LLC (████████████)<br>A Delaware Limited Liability Company<br>4635 Boston Lane, Suite 200, Austin, Texas 78735 | 100% |

| Owner of United PF Holdings, LLC | Percentage and Nature of Ownership Interest |
|---|---|
| United PF Partners, LLC (████████████)<br>A Delaware Limited Liability Company<br>4635 Boston Lane, Suite 200, Austin, Texas 78735 | 100% |

| Owners of United PF Partners, LLC | Percentage and Nature of Ownership Interest |
|---|---|
| JLM Financial Partners, LLC (████████████)<br>A Texas Limited Liability Company<br>4635 Boston Lane, Suite 200, Austin, Texas 78735 | 41.4350% |
| AK Blair Partners, LP (████████████)<br>A Texas Limited Partnership c/o Ray Owen III<br>9108 Zyle Road, Austin, Texas 78737 | 41.330164% |
| ██████████████ Texas ██ | 49.5% |
| ██████████████ Texas ██ | 49.5% |
| AK Blair GP, LLC ████████████<br>A Texas Limited Liability Company<br>c/o ████████████ Texas ██ | 1% |
| ██████████████ | 50% |

1

*CONFIDENTIAL-*
*SUBJECT TO PROTECTIVE ORDER*

Case No. 1:20-cv-00693-LM

| Entity | Percentage |
|---|---|
| ███████, Texas ███ | |
| ███████ Texas ███ | 50% |
| MPF Financial, LLC ███████ A Texas Limited Liability Company c/o ███████ Texas ███ | 36.958033% |
| MTP Financial, LLC A Texas limited liability company ███████ Texas ███ | 100% |
| The CLM 2015 Irrevocable Trust ███████ Texas ███ | 79.8% |
| CLM I Trust ███████ Texas ███ | 7.4% |
| CLM II Trust ███████ Texas ███ | 8.3% |
| CLM 2006 Irrevocable Trust ███████ Texas ███ | 4.5% |
| JLM Financial Investments 22, L.L.C. A Texas Limited Liability Company ███████ Texas ███ | 1% |
| MPF Financial, LLC (see ownership breakdown above) | 50% |
| EZ PF, LLC ███████ A Texas Limited Liability Company ███████ Texas ███ | 4.584590% |
| ███████ Texas ███ | 100% |
| ███████ Texas ███ | 0.5% |
| ███████ Texas ███ | 0.5% |
| ███████ | 1.281311% |

2

*CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER*



███████████, Kansas███ — 4%

███████████ Missouri███ — 4%

███████████████████████ — 6%
A Mississippi Limited Liability Company
███████████ Mississippi███

███████████████████ Mississippi███ — 77.4%

███████████████ Mississippi███ — 17.6%

███████████████, Alabama███ — 5%

███████████████ — 2%
A Louisiana Limited Liability Company
███████ Louisiana███████

███████████ Louisiana███ — 100%

███████████████████ — 6%
A Mississippi Limited Liability Company
███████ Mississippi███

███████████ Mississippi███ — 33.33%

███████████ Mississippi███ — 33.33%

███████████ Mississippi███ — 33.33%

<u>Management Stock Options</u> — 7.13% in the aggregate

███████████████ — 0.5%
A Mississippi Limited Liability Company
███████ Mississippi███

███████████ Mississippi███ — 100%

The BAJ2911 Company, LLC (FEIN: 81-4225764) — 1.0%
A Louisiana Limited Liability Company

4



CONFIDENTIAL–
SUBJECT TO PROTECTIVE ORDER

Case No. 1:20-cv-00693-LM



██████████████ Louisiana ██
(See above for ownership breakdown)

██████████████████████████ 1.0%
A Delaware Limited Liability Company
████████████████ South Carolina ████
(See above for ownership breakdown)

██████████████████ 0.5%
A Missouri Limited Liability Company
████████████████ Missouri ██
(See above for ownership breakdown)

5

*CONFIDENTIAL-*
*SUBJECT TO PROTECTIVE ORDER*