## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Planet Fitness International Franchise,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEG-United, LLC<br><br>　　　　　Defendant. | **Case No. 1:20-cv-00693-LM** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

　　　　Pursuant to Fed. R. Civ.P. Rule 41(a), the parties stipulate to dismiss the above-captioned matter with prejudice.

Respectfully submitted,　　　　　　　　　　Respectfully submitted,

Planet Fitness International Franchise　　　　JEG-United, LLC
  and Ray Miolla

By Their Attorneys,　　　　　　　　　　　　By Its Attorneys,

**SHEEHAN PHINNEY BASS & GREEN**　　**DUANE MORRIS LLP**

By: /s/ James P. Harris　　　　　　　　　　By: __/s/ Nicholas M. Centrella, Jr.___
James P. Harris, Esq (#15336)　　　　　　　James H. Steigerwald (pro hac vice)
1000 Elm Street, 17th Floor　　　　　　　　 Nicholas M. Centrella, Jr. (pro hac vice)
Manchester, NH 03110　　　　　　　　　　30 South 17th Street
(603) 668-0300　　　　　　　　　　　　　Philadelphia, PA  19103
jharris@sheehan.com　　　　　　　　　　　(215) 979 1000
　　　　　　　　　　　　　　　　　　　　　Jhsteigerwald@duanemorris.com
-and-　　　　　　　　　　　　　　　　　　nmcentrella@duanemorris.com

**VENABLE LLP**　　　　　　　　　　　　　-and-

Michael D. Joblove (FL #354147)　　　　　　Bryan Harrison (#269106)
Brett M. Halsey (FL #0013141)　　　　　　　Sunstein LLP
100 S.E. Second Street, 44th Floor　　　　　100 High Street
Miami, FL 33131　　　　　　　　　　　　 Boston, MA  02110
(305) 349-2333　　　　　　　　　　　　　(617)443-9292
mdjoblove@venable.com　　　　　　　　　bharrison@sunsteinlaw.com
bmhalsey@venable.com

Dated:  November 2, 2023