```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Planet Fitness International Franchise

    v.                        Case No. 20-cv-693-LM

JEG-United, LLC

## JUDGMENT

In accordance with the following, judgment is hereby entered:

(1) Order by Chief Judge Landya B. McCafferty dated September 27, 2022; and

(2) Stipulation of Dismissal as to Case dated November 2, 2023.

By the Court:

/s/ Daniel J. Lynch
Daniel J. Lynch
Clerk of Court

Date: November 6, 2023

cc: Counsel of Record